INVOICE

To: Crowe & Dunlevy
Oklahoma City, OK

From: Browne Enterprises
1400 N. Shartel
Oklahoma City, OK 73103

Re: Eureka Water Company vs. Nestle Waters

| | | |
|---|---|---|
| 1. | 5.25 hours expended in obtaining Franchise Agreements @ 45.00 per hour | $236.25 |
| 2. | 565 copies @ .20 per copy | $113.00 |
| | **TOTAL** | **$349.25** |

**EXHIBIT 3**