# Eureka Water Co. Past Due Invoices (as of 1/16/08)

| Name | Original Order Date | PO number | Document type | Date product picked up | Invoice date | Date payment due | Days in arrears as of 1/16/08 | Amount | Current | 1 to 30 | 31 to 61 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Eureka Water Co | 9/21/2007 | 1122 | Invoice | 9/26/2007 | 9/26/2007 | 10/26/2007 | 82 | $ 6,048.00 | 0 | $ - | $ 6,048.00 |
| Eureka Water Co | 9/21/2007 | 1123 | Invoice | 9/26/2007 | 9/26/2007 | 10/26/2007 | 82 | $ 6,048.00 | 0 | $ - | $ 6,048.00 |
| Eureka Water Co | 9/21/2007 | 1124 | Invoice | 9/27/2007 | 9/27/2007 | 10/27/2007 | 81 | $ 6,336.00 | 0 | $ - | $ 6,336.00 |
| Eureka Water Co | 9/4/2007 | 30840 | Invoice | 9/10/2007 | 9/27/2007 | 10/27/2007 | 81 | $ 7,729.20 | 0 | $ - | $ 7,729.20 |
| Eureka Water Co | 9/7/2007 | 1103 | Invoice | 9/12/2007 | 9/27/2007 | 10/27/2007 | 81 | $ 9,598.20 | 0 | $ - | $ 9,598.20 |
| Eureka Water Co | 9/7/2007 | 1102 | Invoice | 9/12/2007 | 9/27/2007 | 10/27/2007 | 81 | $ 10,231.20 | 0 | $ - | $ 10,231.20 |
| Eureka Water Co | 9/6/2007 | 30849 | Invoice | 9/12/2007 | 9/27/2007 | 10/27/2007 | 81 | $ 6,422.04 | 0 | $ - | $ 6,422.04 |
| Eureka Water Co | 9/21/2007 | 1125 | Invoice | 9/27/2007 | 9/27/2007 | 10/27/2007 | 81 | $ 9,100.00 | 0 | $ - | $ 9,100.00 |
| Eureka Water Co | 9/26/2007 | 1127 | Invoice | 10/1/2007 | 10/1/2007 | 10/31/2007 | 77 | $ 7,816.50 | 0 | $ - | $ 7,816.50 |
| Eureka Water Co | 9/26/2007 | 1126 | Invoice | 10/1/2007 | 10/1/2007 | 10/31/2007 | 77 | $ 7,560.00 | 0 | $ - | $ 7,560.00 |
| Eureka Water Co | 9/27/2007 | 1129 | Invoice | 10/2/2007 | 10/2/2007 | 11/1/2007 | 76 | $ 6,048.00 | 0 | $ - | $ 6,048.00 |
| Eureka Water Co | 9/27/2007 | 1128 | Invoice | 10/2/2007 | 10/2/2007 | 11/1/2007 | 76 | $ 7,041.60 | 0 | $ - | $ 7,041.60 |
| Eureka Water Co | 10/2/2007 | 1131 | Invoice | 10/7/2007 | 10/7/2007 | 11/7/2007 | 70 | $ 7,041.60 | 0 | $ 7,041.60 | $ - |
| Eureka Water Co | 10/2/2007 | 1130 | Invoice | 10/7/2007 | 10/8/2007 | 11/7/2007 | 70 | $ 7,560.00 | 0 | $ 7,560.00 | $ - |
| Eureka Water Co | 10/2/2007 | 1132 | Invoice | 10/8/2007 | 10/8/2007 | 11/7/2007 | 70 | $ 6,336.00 | 0 | $ 6,336.00 | $ - |
| Eureka Water Co | 10/2/2007 | 1133 | Invoice | 10/8/2007 | 10/8/2007 | 11/7/2007 | 70 | $ 6,048.00 | 0 | $ 6,048.00 | $ - |
| Eureka Water Co | 10/3/2007 | 1134 | Invoice | 10/9/2007 | 10/9/2007 | 11/8/2007 | 69 | $ 6,432.00 | 0 | $ 6,432.00 | $ - |
| Eureka Water Co | 10/3/2007 | 1135 | Invoice | 10/9/2007 | 10/9/2007 | 11/9/2007 | 69 | $ 7,899.00 | 0 | $ 7,899.00 | $ - |
| Eureka Water Co | 10/3/2007 | 1136 | Invoice | 10/10/2007 | 10/10/2007 | 11/9/2007 | 68 | $ 6,048.00 | 0 | $ 6,048.00 | $ - |
| Eureka Water Co | 10/3/2007 | 1137 | Invoice | 10/10/2007 | 10/10/2007 | 11/9/2007 | 68 | $ 6,048.00 | 0 | $ 6,048.00 | $ - |
| Eureka Water Co | 10/5/2007 | 1138 | Invoice | 10/11/2007 | 10/11/2007 | 11/10/2007 | 67 | $ 6,336.00 | 0 | $ 6,336.00 | $ - |
| Eureka Water Co | 10/5/2007 | 1139 | Invoice | 10/11/2007 | 10/16/2007 | 11/15/2007 | 62 | $ 7,560.00 | 0 | $ 7,560.00 | $ - |
| Eureka Water Co | 10/10/2007 | 1144 | Invoice | 10/16/2007 | 10/16/2007 | 11/15/2007 | 62 | $ 8,078.40 | 0 | $ 8,078.40 | $ - |
| Eureka Water Co | 10/10/2007 | 1145 | Invoice | 10/17/2007 | 10/17/2007 | 11/16/2007 | 61 | $ 7,711.20 | 0 | $ 7,711.20 | $ - |
| Eureka Water Co | 10/9/2007 | 1141 | Invoice | 10/12/2007 | 10/17/2007 | 11/16/2007 | 61 | $ 5,365.80 | 0 | $ 5,365.80 | $ - |
| Eureka Water Co | 10/9/2007 | 1142 | Invoice | 10/15/2007 | 10/17/2007 | 11/16/2007 | 61 | $ 8,078.40 | 0 | $ 8,078.40 | $ - |
| Eureka Water Co | 10/9/2007 | 1143 | Invoice | 10/15/2007 | 10/17/2007 | 11/16/2007 | 61 | $ 8,078.40 | 0 | $ 8,078.40 | $ - |
| Eureka Water Co | 10/10/2007 | 1146 | Invoice | 10/17/2007 | 10/17/2007 | 11/16/2007 | 61 | $ 14,126.40 | 0 | $ 14,126.40 | $ - |
| Eureka Water Co | 10/10/2007 | 1147 | Invoice | 10/17/2007 | 10/18/2007 | 11/17/2007 | 60 | $ 14,126.40 | 0 | $ 14,126.40 | $ - |
| Eureka Water Co | 10/9/2007 | 1140 | Invoice | 10/12/2007 | 10/18/2007 | 11/17/2007 | 60 | $ 14,126.40 | 0 | $ 14,126.40 | $ - |
| Eureka Water Co | 10/11/2007 | 1148 | Invoice | 10/18/2007 | 10/18/2007 | 11/17/2007 | 60 | $ 9,936.00 | 0 | $ 9,936.00 | $ - |
| Eureka Water Co | 10/12/2007 | 1150 | Invoice | 10/20/2007 | 10/21/2007 | 11/20/2007 | 57 | $ 11,592.00 | 0 | $ 11,592.00 | $ - |
| Eureka Water Co | 10/12/2007 | 1149 | Invoice | 10/21/2007 | 10/21/2007 | 11/21/2007 | 56 | $ 11,592.00 | 0 | $ 11,592.00 | $ - |
| Eureka Water Co | 10/16/2007 | 1152 | Invoice | 10/21/2007 | 10/22/2007 | 11/21/2007 | 56 | $ 7,711.20 | 0 | $ 7,711.20 | $ - |
| Eureka Water Co | 10/16/2007 | 1151 | Invoice | 10/21/2007 | 10/22/2007 | 11/21/2007 | 56 | $ 9,382.60 | 0 | $ 9,382.60 | $ - |
| Eureka Water Co | 10/16/2007 | 1153 | Invoice | 10/22/2007 | 10/22/2007 | 11/21/2007 | 56 | $ 5,365.80 | 0 | $ 5,365.80 | $ - |
| Eureka Water Co | 10/16/2007 | 1154 | Invoice | 10/22/2007 | 10/22/2007 | 11/21/2007 | 56 | $ 7,711.20 | 0 | $ 7,711.20 | $ - |
| Eureka Water Co | 10/17/2007 | 1155 | Invoice | 10/22/2007 | 10/22/2007 | 11/22/2007 | 55 | $ 7,711.20 | 0 | $ 7,711.20 | $ - |
| Eureka Water Co | 10/17/2007 | 1157 | Invoice | 10/23/2007 | 10/23/2007 | 11/22/2007 | 55 | $ 8,078.40 | 0 | $ 8,078.40 | $ - |
| Eureka Water Co | 10/17/2007 | 1156 | Invoice | 10/23/2007 | 10/23/2007 | 11/22/2007 | 55 | $ 8,818.30 | 0 | $ 8,818.30 | $ - |
| Eureka Water Co | 10/17/2007 | 1158 | Invoice | 10/23/2007 | 10/23/2007 | 11/22/2007 | 55 | $ 8,470.80 | 0 | $ 8,470.80 | $ - |
| Eureka Water Co | 10/18/2007 | 1161 | Invoice | 10/24/2007 | 10/24/2007 | 11/23/2007 | 54 | $ 8,078.40 | 0 | $ 8,078.40 | $ - |
| Eureka Water Co | 10/18/2007 | 1159 | Invoice | 10/24/2007 | 10/24/2007 | 11/23/2007 | 54 | $ 7,968.00 | 0 | $ 7,968.00 | $ - |
| Eureka Water Co | 10/18/2007 | 1160 | Invoice | 10/24/2007 | 10/29/2007 | 11/28/2007 | 49 | | | | |
| | | | | | | TOTAL | | $ 357,105.84 | | | |

**EXHIBIT 26**



DEFENDANT'S EXHIBIT
15B
CV-07-988-M