**People**

TIME & LIFE BUILDING  ROCKEFELLER CENTER  NEW YORK, NY 10020

# Original Invoice

INVOICE NO.  1116414
DATE:  11/08/2007
PAYMENT TERMS:  Net 20 Days
DUE DATE:  11/28/2007
PAGE:  1

PAYABLE TO: PEOPLE MAGAZINE
REMIT PAYMENT TO:
3822 PAYSPHERE CIRCLE
CHICAGO IL 60674

ZENITH MEDIA SERVICES
PETRA BRATHWAITE
PETRA BRATHWAITE
299 WEST HOUSTON ST
NEW YORK NY 10014

PARENT:  NESTLE SA
ADVERTISER: NESTLE WATERS NORTH AMERICA      BRAND/DIV: NESTLE WATERS

Currency Stated In:  US Dollar

| Itm | Issue Date | Edition | Space Description | Page | Rate | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 11/12/2007 November 12, 2007 | REGIONAL | 1 PAGE 4C PLANNING DISCOUNT -49.5873% AGY -15% SPLIT RUN Product: ARROWHEAD/OZARKA P.O. # M-70925-8003 | | 129,838.00 (64,383.16) (9,818.23) 3,250.00 | 58,886.61 |

*(handwritten stamp:)* N≡ 857205 75
Client/Product/Est.
NWIRSW1036
Month 11/07  # of insertions
Tearsheet Rec'd  Net $
58,886.61

V7

|  |  | Total Due | USD 58,886.61 |
|---|---|---|---|

ALL ADVERTISEMENTS ARE GOVERNED BY THE TERMS
AND CONDITIONS OF THE APPLICABLE RATE CARD
PLEASE DIRECT INQUIRIES TO:      (212) 522-3021

**EXHIBIT 5**                          N015588