# INVOICE



KFSM-TV
P.O. Box 369
Fort Smith, AR 72902
Main: (479)783-3131
Billing: (479)783-3131

www.5newsonline.com

Billing Address:

Zenith/NY
Attention: Accounts Payable
79 Madison Avenue
New York, NY 10016-7802

Send Payment To:
**KFSM-TV**
**P.O. Box 534468**
**Atlanta, GA 30353-4468**

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| 144271-1 | 06/24/07 | June 2007 | 05/28/07 - 06/23/07 |

| Station | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| KFSM | Daniel Sydor | New York | National |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Nestle Waters NA | OZARKA | 035 |

| Flight Dates | Order # | Alt. Order # |
|---|---|---|
| 06/11/07 - 06/24/07 | 144271 | 07864650 |

| Billing Calendar | Billing Type |
|---|---|
| Broadcast | Cash |

| Special Handling |
|---|
|  |

| IDB # | Advertiser Code | Product Code |
|---|---|---|
| 391 | NW | OZA |

| Agency Ref | Advertiser Ref |
|---|---|
|  |  |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/11/07 | 06/22/07 | 9-10am | 9-10am | MTWTF-- | :30 | 4 | $70.00 | NM |

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 06/11/07 | 06/17/07 | MTWTF-- | 4 | $70.00 | | | | |
| Spots: # Ch | Day | Air Date | Air Time | Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 2 All | Tu | 06/12/07 | 9:23 AM | 9-10am | 9-10am | :30 xs007001 | | $70.00 | NM |
| 1 All | W | 06/13/07 | 9:21 AM | 9-10am | 9-10am | :30 xs007001 | | $70.00 | NM |
| 4 All | Th | 06/14/07 | 9:59 AM | 9-10am | 9-10am | :30 xs007001 | | $70.00 | NM |
| 3 All | F | 06/15/07 | 9:31 AM | 9-10am | 9-10am | :30 xs007001 | | $70.00 | NM |
| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|  | 06/18/07 | 06/24/07 | MTWTF-- | 2 | $70.00 | | | | |
| Spots: # Ch | Day | Air Date | Air Time | Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 5 All | Tu | 06/19/07 | 9:43 AM | 9-10am | 9-10am | :30 xs007001 | | $70.00 | NM |
| 6 All | W | 06/20/07 | 9:45 AM | 9-10am | 9-10am | :30 xs007001 | | $70.00 | NM |

| 2 | 06/11/07 | 06/22/07 | 6:30-7pm | 630-7pm | MTWTF-- | :30 | 2 | $400.00 | NM |
|---|---|---|---|---|---|---|---|---|---|

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 06/11/07 | 06/17/07 | MTWTF-- | 2 | $400.00 | | | | |
| Spots: # Ch | Day | Air Date | Air Time | Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 1 All | Tu | 06/12/07 | 6:54 PM | 6:30-7pm | 630-7pm | :30 xs007001 | | $400.00 | NM |
| 2 All | W | 06/13/07 | 6:53 PM | 6:30-7pm | 630-7pm | :30 xs007001 | | $400.00 | NM |
| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|  | 06/18/07 | 06/24/07 | MTWTF-- | 3 | $400.00 | | | | |
| Spots: # Ch | Day | Air Date | Air Time | Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 4 All | Tu | 06/19/07 | 6:54 PM | 6:30-7pm | 630-7pm | :30 xs007001 | | $400.00 | NM |
| 3 All | W | 06/20/07 | 6:42 PM | 6:30-7pm | 630-7pm | :30 xs007001 | | $400.00 | NM |
| 5 All | F | 06/22/07 | 6:37 PM | 6:30-7pm | 630-7pm | :30 xs007001 | | $400.00 | NM |

| 3 | 06/16/07 | 06/23/07 | 630-7pm | 630-7pm | -----S- | :30 | 1 | $160.00 | NM |
|---|---|---|---|---|---|---|---|---|---|

| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 06/11/07 | 06/17/07 | -----S- | 1 | $160.00 | | | | |
| Spots: # Ch | Day | Air Date | Air Time | Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 1 All | Sa | 06/16/07 | 6:58 PM | 630-7pm | 630-7pm | :30 xs007001 | | $160.00 | NM |
| Weeks: | Start Date | End Date | MTWTFSS | Spots/Week | Rate | | | | |
|  | 06/18/07 | 06/24/07 | -----S- | 1 | $160.00 | | | | |
| Spots: # Ch | Day | Air Date | Air Time | Description | Start/End Time | Length Ad-ID | | Rate | Type |
| 2 All | Sa | 06/23/07 | 6:54 PM | 630-7pm | 630-7pm | :30 xs007001 | | $160.00 | NM |

| 4 | 06/13/07 | 06/20/07 | Wednesday Prime | 9-10pm | --W---- | :30 | 1 | $900.00 | NM |
|---|---|---|---|---|---|---|---|---|---|

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

**EXHIBIT 6**

N015548

# INVOICE



Send Payment To:
**KFSM-TV**
P.O. Box 534468
Atlanta, GA 30353-4468

www.5newsonline.com

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| 144271-1 | 06/24/07 | June 2007 | 05/28/07 - 06/23/07 |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Nestle Waters NA | OZARKA | 035 |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|

| Weeks: | Start Date 06/11/07 | End Date 06/17/07 | MTWTFSS --W---- | Spots/Week 1 | Rate $900.00 | | | | |
| Spots: # Ch 1 All | Day W | Air Date 06/13/07 | Air Time | Description Wednesday Prime | Start/End Time 9-10pm | Length :00 | Ad-ID | | Rate $900.00 | Type NM |
| See MG 4.3,4.4,4.5 | | | | | | | | | |
| Weeks: | Start Date 06/18/07 | End Date 06/24/07 | MTWTFSS --W---- | Spots/Week 1 | Rate $900.00 | | | | |
| Spots: # Ch 2 All | Day W | Air Date 06/20/07 | Air Time | Description Wednesday Prime | Start/End Time 9-10pm | Length :00 | Ad-ID | | Rate $900.00 | Type NM |
| See MG 4.3,4.4,4.5 | | | | | | | | | |
| 4 All | W | 06/20/07 | 7:31 PM | AFI's 100 Years | 7-10pm | :30 | xs007001 | $600.00 | NM |
| MG for 4.1,4.2 | | | | | | | | | |
| 5 All | W | 06/20/07 | 8:02 PM | AFI's 100 Years | 7-10pm | :30 | xs007001 | $600.00 | NM |
| MG for 4.1,4.2 | | | | | | | | | |
| 3 All | W | 06/20/07 | 9:42 PM | AFI's 100 Years | 7-10pm | :30 | xs007001 | $600.00 | NM |
| MG for 4.1,4.2 | | | | | | | | | |

| 5 | 06/16/07 | 06/23/07 | Saturday Prime | 8-9pm | -----S- | :30 | 1 | $150.00 | NM |

| Weeks: | Start Date 06/11/07 | End Date 06/17/07 | MTWTFSS -----S- | Spots/Week 1 | Rate $150.00 | | | | |
| Spots: # Ch 1 All | Day Sa | Air Date 06/16/07 | Air Time 8:37 PM | Description Saturday Prime | Start/End Time 8-9pm | Length :30 | Ad-ID xs007001 | | Rate $150.00 | Type NM |
| Weeks: | Start Date 06/18/07 | End Date 06/24/07 | MTWTFSS -----S- | Spots/Week 1 | Rate $150.00 | | | | |
| Spots: # Ch 2 All | Day Sa | Air Date 06/23/07 | Air Time 8:43 PM | Description Saturday Prime | Start/End Time 8-9pm | Length :30 | Ad-ID xs007001 | | Rate $150.00 | Type NM |

| | | |
|---|---|---|
| Total Spots | 18 | |
| Gross Total | | $4,840.00 |
| Agency Commission | | $726.00 |
| Net Amount Due | | $4,114.00 |

**Payment Terms 30 Days**

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

N015549